**Order entered August 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00212-CR
No. 05-14-00213-CR

**JOE POLANCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-81063-2011, 401-80435-2012**

## ORDER

Appellant's July 30, 2014 pro se second motion to extend the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order. If appellant does not file his brief by the extended due date, the Court will abate these appeals for a hearing in the trial court regarding why appellant has failed to file a timely brief. *See* TEX. R. APP. P. 38.8(b).

/s/ LANA MYERS
   JUSTICE